IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JIMI CURB, | § | |
| Plaintiff, | § | |
| v. | § | 2:15-CV-351-D |
| BARRY MARTIN, et al., | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the October 4, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

November 21, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE